# Order

Michigan Supreme Court
Lansing, Michigan

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147191 & (49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 147191
                                     COA: 306039

CHAD MICHAEL MOORE,
                                     Midland CC: 11-004709-FH
      Defendant-Appellant.

_____/

      On order of the Court, the motion to file pro per supplemental brief is GRANTED. The application for leave to appeal the April 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013 _____



s0826

                                     Clerk